**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MARVIN MESCHKE

Plaintiff,

vs. CV 00-252 RHK/RLE

L & M RADIATOR, INC.
Minnesota corporation,

Defendant.

**NOTICE OF JURY TRIAL**

A JURY TRIAL is scheduled for 10:00 AM, on May 7, 2001, before Judge Richard H. Kyle, in Courtroom #1 in Duluth, Minnesota.

April 20, 2001

FRANCIS E. DOSAL
Clerk of U.S. District Court

Deborah Siebrecht

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

FILED APR 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____