**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Marvin Meschke,

Plaintiff,

vs.

L & M Radiator, Inc., a Minnesota corporation,

Defendant.

Civil No. 00-252 (RHK/RLE)

**ORDER**

---

Testimony in this matter will conclude no later than Thursday, May 10, 2000.

Dated: April 27, 2001

RICHARD H. KYLE
United States District Judge

APR 27 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK