**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Marvin Meschke,

Plaintiff,

Civil No. 00-252 RHK/RLE

v.

**ORDER**

L & M Radiator, Inc.,

Defendant.

---

Before the Court are the parties' objections to trial exhibits. Based upon the Court's review of the files, records, and proceedings herein, the Court makes the following rulings:

I. Plaintiff's Objections to Defendant's Trial Exhibits

1. Plaintiff's objections to Defendant's exhibits relating to Plaintiff's alleged violations of corporate policies, exhibit nos. 10, 11, 12, 43, 49, and 57, are **SUSTAINED**.

2. Plaintiff's objection to Defendant's exhibit no. 19, letter from Stacy DeKalb to Karen Johnston, is **SUSTAINED**.

3. Plaintiff's objections to Defendant's exhibit nos. 27 and 28, handwritten notes of Ms. DeKalb, are **SUSTAINED**.

4. Plaintiff's objection to Defendant's exhibit no. 29, Richard Jacobson's expert report, is **SUSTAINED**.

5. Plaintiff's objection to Defendant's exhibit no. 30, benefit projections prepared by Defendant's expert, is **SUSTAINED**.

6. Plaintiff's objection to Defendant's exhibit no. 40, benefit calculation checklist with handwritten notes, is **RESERVED** pending the establishment of foundation.

FILED MAY 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

7. Plaintiff's objection to Defendant's exhibit no. 50, quality manual, is withdrawn.

8. Plaintiff's objection to Defendant's exhibit no. 56, Meschke Qualifications, is **OVERRULED**. Defendant is instructed to redact the handwritten portions of exhibit no. 56.

II. Defendant's Objections to Plaintiff's Trial Exhibits

1. Defendant's objections to Plaintiff's exhibit nos. 35 and 36, Right to Sue letter and EEOC Charge, are **SUSTAINED**.

2. Defendant's objection to Plaintiff's exhibit no. 55, copy of 29 U.S.C. § 631, is **SUSTAINED**.

Dated: May 3, 2001

RICHARD H. KYLE
United States District Judge