**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Marvin Meschke,

Plaintiff,

Civil No. 00-252 RHK/RLE

v.

**ORDER**

L & M Radiator, Inc.,

Defendant.

---

A. Plaintiff's Motion in Limine (Doc. No. ) for an Order limiting the testimony of Stacy DeKalb is **GRANTED**. Ms. DeKalb may testify to alleged admissions by Plaintiff. Ms. DeKalb may not testify regarding the advice she allegedly gave Defendant as to the legality of Plaintiff's agreement to retire. The Court, however, will entertain a written offer of proof that identifies the substance of Ms. DeKalb's testimony.

B. Defendant's Motion in Limine (Doc. No. 9) for an Order precluding:

(1) all testimony and evidence regarding whether Defendant's consideration of an early retirement program is evidence of age bias is **DENIED**;

(2) all testimony or evidence regarding prior lawsuits involving Defendant is **GRANTED**;

(3) all testimony and evidence that 29 U.S.C. § 631(c)(1) entitles Plaintiff to a $44,000 annual pension upon retirement is **GRANTED**; however, testimony that Plaintiff requested such a pension is not precluded; and

(4) all testimony from Plaintiff's expert witness, James Van Iwaarden, which relies on Plaintiff's alleged entitlement under 29 U.S.C. § 631(c)(1), is **GRANTED**.

May 3, 2001

RICHARD H. KYLE
United States District Judge

FILED MAY 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________