**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Marvin Meschke,

Plaintiff,

v.

Civil No. 00-252 RHK/RLE
**ORDER**

L & M Radiator, Inc.,

Defendant.

---

(1) The available trial time will be allocated equally between the parties.

(2) There will be an 8:30 a.m. pretrial conference on Monday, May 7, 2001, at Duluth, Minnesota. Jury selection will begin at 9:00 a.m.

May 3, 2001

RICHARD H. KYLE
United States District Judge

FILED MAY 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK