UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Marvin Meschke,

Plaintiff,

Civil No. 00-252 (RHK/RLE)

vs.

**ORDER**

L & M Radiator, Inc., a Minnesota corporation,

Defendant.

---

Trial in the above matter will begin at 9:00 a.m. on Monday June 4, 2001, in Duluth, Minnesota before the undersigned and a jury.

The matter is referred to Magistrate Judge Raymond L. Erickson for an expedited settlement conference on such terms and at such time and location as Judge Erickson directs.

Dated: May 14, 2001

RICHARD H. KYLE
United States District Judge

FILED MAY 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK