**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Marvin Meschke,

Plaintiff,

Civil No. 00-252 (RHK/RLE)

vs.

**ORDER**

L & M Radiator, Inc., a Minnesota corporation,

Defendant.

---

A final pretrial conference will be held on Thursday, May 31, 2001 in St. Paul. The Court intends to use the same jury instructions as were used in the Duluth trial–objections or proposed additional instructions shall be submitted to the Court in St. Paul by 12:00 noon on Wednesday, May 30, 2001.

Trial will begin on Monday, June 4, 2001, at 9:00 a.m. in Duluth. The case will be submitted to the jury no later than 12:00 noon on Thursday, July 7, 2001. The available trial time will be divided equally between the parties.

Dated: May 23, 2001

RICHARD H. KYLE
United States District Judge

FILED MAY 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK