**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Marvin Meschke,

Plaintiff,

Civil No. 00-252 RHK/RLE

v.

**ORDER**

L & M Radiator, Inc.,

Defendant.

---

Any objections to the attached Jury Instructions shall be submitted in writing to the Court in St. Paul by 5:00 p.m. on Friday, June 1, 2001.

May 31, 2001

RICHARD H. KYLE
United States District Judge

FILED MAY 31 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK