# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Marvin Meschke,

v.

L & M Radiator, Inc.

Case No. Civil 00-252 RHK/RLE

**JUDGMENT IN A CIVIL CASE**

---

( x ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Plaintiff is entitled to judgment against the defendant in the amount of $55,740.00 for his claim of age discrimination;

Plaintiff is entitled to liquidated damages in the amount of $55,740.00 for his claim of willfulness.

Plaintiff's request for front pay is denied.

Plaintiff's request for prejudgment interest is denied.

Upon defendant's payment of $111,480.00 to plaintiff, the complaint will be dismissed with prejudice.

DATE: July 30, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

66